# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 11, 2021 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-20-3280 (AMD) |
| **NAME OF CASE(S):** | **MCSHERRY V OAKLAND'S RESTAURANT, INC., ET AL.** |
| **FOR PLAINTIFF(S):** | Eden |
| **FOR DEFENDANT(S):** | Griffith |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 11:30 - 11:40 |

## RULINGS FROM FAIRNESS HEARING:

Court held Fairness Hearing on the Joint MOTION for Settlement Approval [12]. Plaintiff's counsel will submit attorney billing records within two weeks. Parties have agreed to consent to this Court's jurisdiction and will file the appropriate form. Once the consent form has been approved and the attorney billing records filed, the Court will approve the settlement and close the case.