

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

**Ryan M. Eden**
Email: REden@laborlawsny.com

January 20, 2021

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: <u>McSherry v. Oakland's Restaurant, Inc., et al.</u>
       <u>Case No.: 20-CV-03280 (AMD) (ST)</u>

Your Honor:

  This firm is counsel to Sean McSherry, Plaintiff in the above-referenced FLSA matter. Enclosed, please find the contemporaneous time-records maintained by our office reflecting the time and resources allocated to this action. We remain available should Your Honor require any additional information regarding these time records.

Respectfully submitted,

**ZABELL & COLLOTTA, P.C.**

*/s/ Ryan M. Eden*
Ryan M. Eden

Encl.

cc: Client
   All Counsel (*Via* Electronic Case Filing)