# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/18/2021 | 🕐 | Correspondence with client **Redaction** memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 01/11/2021 | 🕐 | Complete & file consent to magistrate jurisdiction form; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 01/11/2021 | 🕐 | Teleconference with opposing counsel in advance of fairness hearing; Participation in fairness hearing; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 01/04/2021 | 🕐 | Receipt of Court Orders scheduling fairness hearing; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 01/04/2021 | 🕐 | Correspondence with opposing counsel & File Settlement Agreement<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 12/30/2020 | 🕐 | Correspondence with opposing counsel; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 12/29/2020 | 🕐 | Correspondence with opposing counsel; correspondence with client; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 12/15/2020 | 🕐 | Correspondence with Sean | McSherry v. Oakland's | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| | | | | | **20.80h** | | **$6,860.00**<br>20.8h | **$0.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Non-billable | Restaurant FLSA Matter | | | | | |
| 12/15/2020 | 🕐 | Revisions to fairness letter & correspondence with opposing counsel; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 12/14/2020 | 🕐 | Review & revise Ds' proposed settlement agreement; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 12/07/2020 | 🕐 | draft & revise fairness letter; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 1.20h | 325.00 | 390.00 | - |
| 12/04/2020 | 🕐 | Correspondence with opposing counsel regarding reaching settlement in principle; teleconference with client; draft & revise letter to Court adjourning deadlines and initial conference; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 12/03/2020 | 🕐 | teleconference with opposing counsel; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 0.80h | 325.00 | 260.00 | - |
| 12/03/2020 | 🕐 | Correspondence with client re **Redaction**; memo to file<br>● Non-billable | McSherry v. Oakland's Restaurant FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 12/02/2020 | 🕐 | correspondence with opposing | McSherry v. Oakland's | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| | | | | | **20.80h**<br>20.8h | | **$6,860.00** | **$0.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | counsel; memo to file<br>🟡 Non-billable | Restaurant<br>FLSA Matter | | | | | |
| 12/01/2020 | 🕐 | Left voicemail for client regarding **Redaction**; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/19/2020 | 🕐 | Correspondence with opposing counsel & receipt of scheduling order extending Defendants' time to Answer; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/18/2020 | 🕐 | Phone call to client **Redaction**; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/13/2020 | 🕐 | Teleconference with opposing counsel - conveyed offer **Redaction**; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/11/2020 | 🕐 | Correspondence with opposing counsel; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/10/2020 | 🕐 | Receipt of settlement offer **Reda** rom opposing counsel; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 11/09/2020 | 🕐 | Teleconference with opposing counsel to convey most recent settlement demand **Redaction**; | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| | | | | | **20.80h** | | **$6,860.00**<br>20.8h | **$0.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | memo to file<br>🟡 Non-billable | | | | | | |
| 11/09/2020 | 🕐 | Correspondence with client regarding **Redaction** memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 11/04/2020 | 🕐 | Teleconference with opposing counsel re settlement; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.80h | 325.00 | 260.00 | - |
| 11/02/2020 | 🕐 | Correspondence from opposing counsel memo regarding our most recent settlement demand; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/30/2020 | 🕐 | Correspondence with opposing counsel conveying demand^Reda ; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/29/2020 | 🕐 | Correspondence with opposing counsel regarding extension of time to respond to complaint; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/28/2020 | 🕐 | Teleconference with opposing counsel; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 10/26/2020 | 🕐 | Teleconference with opposing counsel to discuss settlement - | McSherry v. Oakland's Restaurant | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| | | | | | **20.80h**<br>20.8h | | **$6,860.00** | **$0.00**<br>0.0h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | conveyed demand **Redaction** <br> 🟡 Non-billable | FLSA Matter | | | | | |
| 10/23/2020 | 🕐 | Revise Damage Calculation; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/23/2020 | 🕐 | Teleconference with client; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/22/2020 | 🕐 | Teleconference with opposing counsel; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.60h | 325.00 | 195.00 | - |
| 10/21/2020 | 🕐 | Correspondence with opposing counsel; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 10/13/2020 | 🕐 | Correspondence with opposing counsel; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 09/29/2020 | 🕐 | Teleconference with client regarding **Redaction**; calculate attorneys fees to date; convey demand to opposing counsel; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.60h | 325.00 | 195.00 | - |
| 09/24/2020 | 🕐 | Receipt of Court Scheduling Order; memo to file <br> 🟡 Non-billable | McSherry v. Oakland's Restaurant <br> FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| | | | | | **20.80h** | | **$6,860.00** <br> 20.8h | **$0.00** <br> 0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/16/2020 | 🕐 | Correspondence with opposing counsel re Plaintiff's damage calculation<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 09/15/2020 | 🕐 | compute damage calculation; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 1.20h | 325.00 | 390.00 | - |
| 09/08/2020 | 🕐 | Receipt & review of stipulation extending Ds' time to answer; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 09/04/2020 | 🕐 | Teleconference with opposing counsel & review client docs; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.40h | 325.00 | 130.00 | - |
| 07/27/2020 | 🕐 | Review & execute Proposed waivers of service and correspondence to Defendants; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.20h | 325.00 | 65.00 | - |
| 07/23/2020 | 🕐 | Email exchange with referring attorney.<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Chris Collotta | 0.40h | 450.00 | 180.00 | - |
| 07/22/2020 | 🕐 | Review and index client time slips<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 1.00h | 325.00 | 325.00 | - |
| 07/22/2020 | 🕐 | Correspondence with client, draft & revise summonses, civil cover | McSherry v. Oakland's Restaurant | Ryan Eden | 1.80h | 325.00 | 585.00 | - |
| | | | | | **20.80h** | | **$6,860.00**<br>20.8h | **$0.00**<br>0.0h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | sheet & BCL Notice; File lawsuit; memo to file<br>🟡 Non-billable | FLSA Matter | | | | | |
| 07/21/2020 | 🕒 | Revise & finalize draft of Complaint & send to client for his review; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 0.80h | 325.00 | 260.00 | - |
| 07/20/2020 | 🕒 | Intake meeting with RE and client regarding FLSA case, case conference with RE.<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Chris Collotta | 0.40h | 450.00 | 180.00 | - |
| 07/20/2020 | 🕒 | New client intake meeting and review client's documents; create file for new client; Draft & revise FLSA complaint; memo to file<br>🟡 Non-billable | McSherry v. Oakland's Restaurant<br>FLSA Matter | Ryan Eden | 2.60h | 325.00 | 845.00 | - |
| | | | | | **20.80h**<br>20.8h | | **$6,860.00** | **$0.00**<br>0.0h |